UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARRELL W. WHITE

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY

CIVIL ACTION

NO. 08-629-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 24, 2009 (doc. no. 12).

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the ALJ's decision is AFFIRMED and the Plaintiff's appeal is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 5th day of October, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE